IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JACK T. FISCHBACH

v.  : CIVIL ACTION NO. WMN-01-87

JUDGE WILLIAM S. HORNE
HARRY M. WALSH, ESQ.

### ORDER

In accordance with the foregoing Memorandum, IT IS this 14th day of January, 2002, by this Court, hereby **ORDERED**:

1. That plaintiff's complaint **IS DISMISSED** without requiring service of process on defendants;

2. That the Clerk of Court **CLOSE** this case; and

3. That the Clerk of Court **MAIL** a copy of this Order, together with the foregoing Memorandum, to plaintiff.

William M. Nickerson
United States District Judge

MICROFILMED
JAN 15 2002