**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
WILLIAM M. NICKERSON
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FACSIMILE (410) 962-2577

January 28, 2002

Mr. Jack T. Fischbach
27478 Rest. Circle
Easton, MD 21601-7306

    Re:    <u>Fischbach v. Horne, et al.</u>
             <u>Civil Action No. WMN-02-87</u>

Dear Mr. Fischbach:

    I have your letter of January 22, 2002 taking issue with the order which I entered on January 14, 2002 dismissing your complaint against Judge Horne and Mr. Walsh.

    I could not empathize more with your views on the importance of access to the courts for all citizens and your recognition of the steep price that has been paid by so many to insure that these rights not be lost.

    The propriety of this court's intervention in the matters which are referenced in your complaint is necessarily constrained by law. I have sworn to uphold the law as embodied not only in the Constitution and legislative enactments, but also to apply the interpretations of those laws by our Supreme Court and, in our jurisdiction, the Fourth Circuit Court of Appeals.

    I am directing the Clerk of this court to docket your letter as a Motion For Reconsideration of my earlier order and, alternatively, for return of the filing fee. Because I find no legal basis for your request, I am also directing that the Clerk enter on the docket that your requests are DENIED.

                                      Very truly yours,

                                      William M.. Nickerson
                                      United States District Judge

WMN:ce

cc:    Court File